850 A.2d 617

**Rufus OLIVER III, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 4, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.